# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 13-20379-MDC

MARILYN J DESMOND

86-2 FERNE BLVD

DREXEL HILL, PA 19026

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

MARILYN J DESMOND

86-2 FERNE BLVD

DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

JEANNE MARIE CELLA
327 W FRONT ST

MEDIA, PA 19063-

Date: 8/25/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee