**Jeanne Marie Cella and Associates, LLC**
**BY:  JEANNE MARIE CELLA, ESQUIRE**
**215 N Olive St, Ste 101**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                              Attorney for Debtor

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Marilyn Desmond                             :         Chapter 13

        Debtors                                  :         Bky. No. 13-20379


### PRAECIPE FOR CHANGE OF ADDRESS

TO THE CLERK:

    Please change debtor, Marilyn Desmond's address on the court record, as follows:

        16-7 Valley Rd
        Drexel Hill, PA 19026


        Respectfully,

        Jeanne Marie Cella and Associates, LLC


        **BY:**_/s/: Jeanne Marie Cella, Esq_
        **Jeanne Marie Cella, Esquire**
        Attorney for Debtor

Date:  <u>March 20, 2019</u>